UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cr-00225-SEB-DML ) |
| BRANDON M. DITCHLEY, | ) -01 ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Brandon M. Ditchley's supervised release be MODIFIED, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Mr. Ditchley's supervised released to be modified to include residing at the Volunteers of America for a period of up to one hundred and eighty (180) days with all other terms of supervised release to remain pending the district court's action on this Report and Recommendation. Mr. Ditchley is to self-surrender upon designation by the Federal Bureau of Prisons

**SO ORDERED.**

Date: 4/26/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service